JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIN ANDRE GILBERT,<br><br>            Plaintiff,<br><br>      vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>            Defendants. | Case No. CV 06-04770 GW (AJWx)<br><br>**JUDGMENT ON SPECIAL VERDICT** |

This action came on regularly for trial on January 4, 2011 in Courtroom 10 of the United States District Court, Central District of California, Western Division, Honorable George H. Wu, presiding.   The Plaintiff in this Case No. CV 06-04770 GW (AJWx), Elvin Andre Gilbert, was represented by Dale K. Galipo of the Law Offices of Dale K. Galipo.   Defendants Daniel Pearce, Harlan Traylor, and City of Los Angeles were represented by Deputy City Attorney Richard M. Arias of the Los Angeles City Attorney's Office.

A jury of eight persons was regularly empanelled and sworn.   Witnesses were sworn and testified.   After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the Cause was submitted to the jury. The parties stipulated that any judgment against Defendants Pearce and Taylor would also be entered against Defendant City of Los Angeles.   The jury deliberated and thereafter returned into Court with its verdict as follows:

QUESTION NO. 1: Was plaintiff Elvin Gilbert arrested without Probable Cause by either or both defendants, Daniel Pearce and Harlan Taylor?

Daniel Pearce        **YES**

Harlan Taylor        **YES**

QUESTION NO. 2: Did Officer Pearce use excessive force when he shot the plaintiff Elvin Gilbert?

Daniel Pearce        **YES**

QUESTION NO. 3: What are Mr. Gilbert's total damages?

a.    Past economic loss

    Loss of earnings                    $ **84,000.00**

    Medical expenses                    $ **281,312.00**

    Total Past Economic Damages:        $ **365,312.00**

b.    Past noneconomic loss, including

    physical pain, mental suffering, and

    emotional distress:                 $ **200,00.00**

c.    Future noneconomic loss, including

    physical pain, mental suffering, and

    emotional distress:                 $ **600,000.00**

    TOTAL        $ **1,165,312.00**

NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Elvin Andre Gilbert shall recover the sum of $ **1,165,312.00** from Defendants Daniel Pearce and the City of Los Angeles with interest from the date

/ / /

/ / /

1   of entry of this judgment until paid, together with Plaintiff's costs and attorneys'

2   fees.

3

4

5   DATED:      January 13, 2011

    _____

6                                       Hon. George H. Wu

7                                       United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28